# ELECTRONIC RECORD

743-15
744-15

COA # 05-13-00997-CR          OFFENSE: 22.02

STYLE:  Cody Bright v. The State of Texas     COUNTY: Dallas

COA DISPOSITION:     MODIFY          TRIAL COURT: 283rd Judicial District Court

DATE: 05/19/2015          Publish: NO   TC CASE #:     F12-23970

## IN THE COURT OF CRIMINAL APPEALS

743-15
744-15

STYLE:   Cody Bright v. The State of Texas          CCA #: _____

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:       _____

_____REFUSED_____          JUDGE:       _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD